

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ROBERTO COVARRUBIAS-BARELA,<br><br>        Defendant. | Case No. 10CR2268-GT<br><br>**ORDER TO CONTINUE<br>SENTENCING HEARING** |

THE COURT HEREBY ORDERS, upon joint motion of the parties, that the Friday, October 1, 2010, sentencing hearing be continued to Tuesday, October 26, 2010, at 9:00 a.m. The Court finds that time is excludable under the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: 9-28-10

                                                **GORDON THOMPSON**
                                                **UNITED STATES DISTRICT COURT JUDGE**