FILED
OCT 25 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ROBERTO COVARRUBIAS-BARELA,<br><br>          Defendant. | Case No. 10CR2268-GT<br><br>**ORDER TO CONTINUE<br>SENTENCING HEARING** |

THE COURT HEREBY ORDERS, upon joint motion of the parties, that the Friday, October 1, 2010, sentencing hearing be continued to Monday, November 15, 2010, at 9:00 a.m. The Court finds that time is excludable under the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: October 22, 2010

_____
**GORDON THOMPSON
UNITED STATES DISTRICT COURT JUDGE**