**FILED**
NOV 30 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10CR2268-GT |
| Plaintiff, | |
| vs. | **ORDER** |
| ROBERTO COVARRUBIAS-VARELA, | |
| Defendant. | |

THE COURT HEREBY ORDERS, that the time for filing and serving Defendant's Sentencing Memorandum be shortened to November 24, 2010.

**IT IS SO ORDERED.**

DATED: 11-29-10

GORDON THOMPSON
UNITED STATES DISTRICT COURT JUDGE