```
                                           FILED
                                        JAN 0 9 2015
                                    CLERK, U.S. DISTRICT COURT
                                  SOUTHERN DISTRICT OF CALIFORNIA
                                  BY              DEPUTY
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO COVARRUBIAS-BARELA, | ) |
| | ) Civ. No. 12-2704GT |
| Petitioner, | ) Cr. No.  10-2268GT |
| | ) |
| v. | ) **ORDER** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

On November 2, 2012, Petitioner, Roberto Covarrubias-Barela ("Mr. Covarrubias"), filed a Motion to Depart Downward from his previously imposed sentence. The Court addresses this Motion as a Motion to Vacate, Correct or Set Aside Sentence pursuant to 28 U.S.C. § 2255 ("Motion"). For the reasons stated below, Mr. Covarrubias' is **DENIED**.

First, Mr. Covarrubias pled guilty, pursuant to a written plea agreement, to one count of Deported Alien Found in the United States, in violation of 8 U.S.C. § 1325. In the written plea agreement, Mr. Covarrubias explicitly waived his right to appeal and/or collaterally attack his conviction or sentence. Moreover, Mr. Covarrubias agreed to the + 16 enhancement for his prior conviction of Transportation of Illegal Aliens. The Ninth Circuit has long acknowledged that the terms of a plea agreement are enforceable. *See,* United States v. Baramdyka, 95 F.3d 840, 843 (9th

Cir. 1996), *cert. denied*, 117 S.Ct. 1282 (1997). Since Mr. Covarrubias expressly waived his statutory right to appeal or collaterally attack his sentence in his plea agreement, Mr. Covarrubias is now precluded from challenging that sentence pursuant to 28 U.S.C. § 2255. *See*, United States v. Abarca, 985 F.2d 1012, 1014 (9th Cir. 1993) (holding that a knowing and voluntary waiver of a statutory right is enforceable).

Mr. Covarrubias also requests a downward departure because the Sentencing Guidelines no longer require "recency points." However, no recency points were added in Mr. Covarrubias' case. Accordingly,

**IT IS ORDERED** that Mr. Covarrubias' Motion to Vacate is **DENIED.**

**IT IS SO ORDERED.**

1-9-15
date

GORDON THOMPSON, JR.
United States District Judge

cc: All parties and Probation Department